IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

WAYNE C. MURPHY,
:
    Petitioner,                                Case No. 1:11-cv-581

:        District Judge Sandra S. Beckwith
    -vs-                                      Magistrate Judge Michael R. Merz

ATTORNEY GENERAL OF OHIO,
  et al.,
:
    Respondents.

---

**TRANSFER ORDER**

---

      With the consent of both of them, the reference in the above-captioned case is hereby transferred from The Honorable Stephanie K. Bowman to The Honorable Michael R. Merz.

June 11, 2012.

                                                      s/ Michael R. Merz
                                                  United States Magistrate Judge