UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Wayne Murphy,
    Petitioner

v.                             Case No.  1:11-cv-581

Michael Dewine,
Attorney General of Ohio,
    Respondent

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 19, 2012 (Doc. 21).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Petitioner's petition for writ of habeas corpus is **DENIED** with prejudice.

A certificate of appealability will not issue because jurists of reason would not find it debatable whether this Court is correct in concluding that the petition for habeas relief should not be denied. See Slack v. McDaniel, 529 U.S. 473, 484-85 (2000).

This Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) an appeal of this

Order would not be taken in good faith, and therefore DENIES petitioner leave to appeal *in forma pauperis*.  *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

Date: July 11, 2012              s/Sandra S. Beckwith
                                 Sandra S. Beckwith, Senior Judge
                                 United States District Court